No. 42153.—Protests 986400-G, etc., of Arturo Bianco & Son, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.